NATHAN CORWITH, JR., et al., Appellants, *v.* FREDERICK M. STETLER et al., Respondents.

*Corwith* v. *Stetler,* 89 Hun, 612, affirmed.
(Argued May 13, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered December 10, 1895, affirming a judgment in favor of defendants entered upon decision of the court on trial at Special Term.

*S. P. Nash* for appellants.

*Elijah S. Cowles* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.

---

ABRAHAM DENIKE, Respondent, *v.* MARY A. DENIKE, Impleaded, etc., Appellant.

*Denike* v. *Denike,* 13 Misc. Rep. 381, affirmed.
(Argued May 9, 1898; decided June 7, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered July 1, 1895, modifying and, as modified, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*H. J. Morris* for appellant.

*Raphael J. Moses* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur, except O'BRIEN, J., not voting.